UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LATONYA WHITE,

      Plaintiff,

                                      Case No. 17-cv-12102

v.

                                      HON. MARK A. GOLDSMITH

EQUITY EXPERTS.ORG, LLC.,

      Defendant.

_____/

**ORDER DISMISSING CASE WITH PREJUDICE**

The Court, having been advised that this matter has settled by a notice filed by Plaintiff (Dkt. 56), dismisses the case with prejudice, subject to reopening on or before October 15, 2019, if the settlement is not consummated, or if the parties stipulate to some other order of dismissal.

SO ORDERED.

Dated: August 5, 2019                                  s/ Mark A. Goldsmith
  Detroit, Michigan                                     MARK A. GOLDSMITH
                                                         United States District Judge